FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUN 19 2009
J.T. NOBLIN, CLERK
BY_____ DEPUTY

HUDSON   200955399
(Last Name)   (Identification Number)

MICHAEL
(First Name)   (Middle Name)

JACKSON COUNTY ADULT DENTENTION CENTER
(Institution)

1719 KENNETH AVe., PASCAGOULA, MS 39567
(Address)

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

V.

CIVIL ACTION NUMBER: 1:09cv375 HSO-JMR
*(to be completed by the Court)*

THE STATE OF MISSISSIPPI (19th Judicial Dist.)
JACKSON COUNTY CIRCUIT COURT SYSTEM

_____

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

  1. Parties to the action:_____
  _____

  2. Court (if federal court, name the district; if state court, name the county):_____
  _____

  3. Docket Number:_____

  4. Name of judge to whom case was assigned:_____

  5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?):_____

1

# PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: MICHAEL HUDSON  Prisoner Number: 200955399

Address: 1719 KENNETH AVE., PASCAGOULA, MS 39567

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: SEE BELOW _____ is employed as

_____ at _____

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                               ADDRESS:

DEFENDANT(S):

NAME:                               ADDRESS:

| NAME | ADDRESS |
|---|---|
| STATE OF MISSISSIPPI (19th Judicial Dist.) | P.O. BOX 1756, PASCAGOULA, MS 39568 |
| JACKSON COUNTY CIRCUIT COURT SYSTEM | P.O. BOX 998, PASCAGOULA, MS 39568 |

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( ) No (✓)

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( ) No (✓) CURRENTLY ON PROBATION, BUT I'M NOT INCARCERATED FOR A PROBATION VIOLATION. PROBATION IS FOR THE STATE OF ALABAMA.

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( ) No (✓)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( ) No (✓)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( ) No ( ), if so, state the results of the procedure: NONE EXISTS CONCERNING THE ISSUE AT HAND.

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
      Yes ( ) No (✓) NONE IN EXISTENCE

   2. State how your claims were presented (written request, verbal request, request for forms): WRITTEN REQUEST TO CIRCUIT COURT AND PUBLIC DEFENDER'S OFFICE FOR AN APPOINTED ATTORNEY AND LETTER TO D.A.'S OFFICE CONCERNING STATUS OF MY CASE

   3. State the date your claims were presented: 11-2008

   4. State the result of the procedure: RECEIVED NO RESPONSE FROM ANY OF THE ABOVE PARTIES

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

SEE ATTACTMENT.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

ADEQUATE RELIEF WHICH THE HONORABLE COURT DEEMS AS JUST AND NECESSARY.

Signed this __15__ day of __JUNE__, 20__09__.

X __Michael Hudson__
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

__6/15/2009__
(Date)

X __Michael Hudson__
Signature of plaintiff

4

Statement of Claim

Jackson County

IN June of 2008, The City of Moss Point, Mississippi Charged Me with A Crime. During that Same ~~Moth~~ Month (or Shortly Thereafter), The Judge of Moss Point submitted the charges to the State of Mississippi's District Attorney's office (19th Dist.) for Grand Jury Review. Around this Same time Above, The City of Moss Point Transferred me into the Custody of the Jackson County Sheriff's Department And Jurisdiction of the Jackson County Circuit Court System.

From The Day Moss Point transferred Me into the Jurisdiction of the Jackson County Circuit Court System, The Jackson County Circuit Court System, Actions under the Color Of Law, Has VIoLAted My U.S. Constitutional Sixth (6th) Amendment right by Depriving me of Assistance of Counsel; They've Also VIoLAted My U.S. Constitutional Fourteenth (14th) Amendment Right by neglecting And/or failing to Afford me Due process of Law And Denying me the Equal Protection of the Laws within this Jurisdiction Of The United States.

Statement of Claim
Jackson County

IN June of 2008, The City of Moss Point, Mississippi Charged me with A Crime. During that same month (or Shortly THEREAFTER), THE Judge of Moss Point Submitted the Charges to The State of Mississippi's District Attorney's office (19th Dist.) for Grand Jury Review. Around this Same Above time, The City of Moss Point Transferred me into THE ~~Court~~ Custody of Jackson County Sheriff's Department And Jurisdiction of The Jackson County Circuit Court System.

From The Day Moss Point Transferred me Into The Jurisdiction of The Jackson County Circuit Court Sysetem, The Jackson County Circuit Court System, Actions under the Color of Law, has Violated my U.S. Constitutional Sixth (6th) Amendment Right by depriving me of Assistance of Counsel; They've Also Violated My U.S Constitutional Fourteenth (14th) Amendment Right By neglecting And/or failing to Afford me Due process of Law And Denying me the Equal Protection of the Law within this Jurisdiction of
THE United States.

Statement of Claim
State of Mississippi
1/2

IN June of 2008, The City of Moss Point, Mississippi Charged me with a crime. During that Same month (or Shortly Thereafter), The Judge of Moss Point, Submitted the charges to the State of Mississippi's District Attorney's office (19th Dist.) For Grand Jury Review.

To My Knowledge, From June 2008 to Current (June 2009) the State of Mississippi District Attorney's office For the 19th Judicial Has Had possession of Allegations Submitted to the D.A.'s office (Against me). During this time, the State of Mississippi's District Attorney's Office for the 19th Judicial District Has neglected And/or failed to procure An Indictment From one or Several Grand Juries Called upon by the State of Mississippi during the Above time period. I'm in the belief that the Above Action Has transgressed Certain Limits established that the State has to procure An Indictment (Time Limits); in transgressing Such the State of Mississippi's District Attorney's Office for the 19th Judicial District Acting under the Color of Law, has Violated my U.S. Constitutional Fourteenth (14th) Amendment right by depriving me of due process of Law And thus, denying me equal protection of the Laws within the Jurisdiction of the United States.

2/2

As a result I Have been:

1.) Incarcerated beyond the established limit instead of having charges dismissed and set free.

Statement of Claim
State of Mississippi
1/2

In June of 2008, the City of Moss Point, Mississippi charged me with a crime. During that same month (or shortly thereafter), the Judge of Moss Point Mississippi submitted the charges to the State of Mississippi's District Attorney's office (19th Dist) for Grand Jury Review.

To my knowledge, from June 2008 to current (June 2009), the State of Mississippi District Attorney's Office for the 19th Judicial has had possession of allegations submitted to the D.A.'s office (against me). During this time, the State of Mississippi District Attorney's office for the 19th Judicial District has neglected and/or failed to procure an indictment from one or several Grand Juries called upon by the State of Mississippi during the above time period. I'm in the belief that the above action has transgressed certain limits established that the state has to procure an indictment (time limits); In transgressing such, the State of Mississippi District Attorney's office for the 19th Judicial District actions under the color of law, has violated my U.S. Constitutional Fourteenth (14th) Amendment right by depriving me of due process of law and thus, denying me equal protection of the laws within the jurisdiction of the United

states.                                2/2

   As A Result I Have Been:

1.) Incarcerated Beyond THE Established Limit Instead of having Charges Dismissed And Set free